# EXHIBIT A

026445.1054

# Cleeton Davis Court Reporters, LLC

**Invoice**

200 Fourth Avenue North
Suite 825
Nashville, TN 37219
Phone: (615) 726-2737   Fax: (615) 726-3188

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 16, 2006 | 2901SLE |

LITTLER MENDELSON

*Rita Drell*
804.95
1667

Garrison L. Phillips
Littler Mendelson
Suite 2900
200 N. LaSalle Street
Chicago, IL 60601-1014

510901
ENTERED
SEP 20 2006

026445.1054 (029)

Phone:   (312) 372-5529   Fax:   (312) 372-7880

| | |
|---|---|
| **Witness:** | Barrett, Lynnette |
| **Case:** | Barrett v Whirlpool |
| **Venue:** | U.S. District Court-Middle District, TN, Nashville |
| **Case #:** | 06-0017 |
| **Date:** | 8/7/2006 |
| **Start Time:** | 9:05 AM |
| **End Time:** | 1:47 PM |
| **Reporter:** | Maxine Cleeton |
| **Claim #:** | |
| **File #:** | 2198SLE |

Dep'd

| Description | Each | Quant | Total |
|---|---|---|---|
| Orig. & 1 copy of transcript/Video Depo/Reg | $5.15 | 121 | $623.15 |
| Reporter Attendance Fee/Hourly/Deposition | $30.00 | 4 | $120.00 |
| ASCII Diskette/per witness | $10.00 | 1 | $10.00 |
| Condensed copy with Index | $0.15 | 120 | $18.00 |
| Black & white Exhibits | $0.25 | 28 | $7.00 |
| Administration Fee per invoice | $12.00 | 1 | $12.00 |
| Postage | $14.80 | 1 | $14.80 |

| | |
|---|---|
| Sub Total | $804.95 |
| Payments | $0.00 |
| Balance Due | $804.95 |

RECEIVED A/P
SEP 13 2006

1541868

*Thank you for your business...*

Fed. I.D. # 62-1829882

*1.5% Interest charge added on invoices over 30 days past due*

026445.1054

# Cleeton Davis Court Reporters, LLC

**Case Invoice**

200 Fourth Avenue North
Suite 825
Nashville, TN 37219

Phone: (615) 726-2737     Fax: (615) 726-3188

| | Date |
|---|---|
| | 8/31/2006 |

Garrison L. Phillips
Littler Mendelson
Suite 2900
200 N. LaSalle Street
Chicago, IL 60601-1014

Phone   (312) 372-5520
Fax     (312) 372-7880

*2,637.75*
*1667*

026445.1054 (025)

## Barrett v Whirlpool 06-0017

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | Job Date | |
|---|---|---|---|---|---|---|---|---|
| 3004SLE | | | 8/31/2006 | | Schuster, Larry | | 8/9/2006 | |
| | Orig. & 1 copy of transcript/Video Depo/Reg | | | | | $5.15 | 246 | $1,266.90 |
| | Reporter Attendance Fee/Hourly/Deposition | | | | | $30.00 | 5 | $150.00 |
| | ASCII Diskette/per witness | | | | | $10.00 | 1 | $10.00 |
| | Condensed copy with index | | | | | $0.15 | 246 | $36.90 |
| | Black & white Exhibits | | | | | $0.25 | 53 | $13.25 |
| | Administration Fee per invoice | Part of the Client's Exception List | | | | $12.00 | 1 | $12.00 |
| | Postage | | | | | $15.55 | 1 | $15.55 |
| | | | | | | | Amount Paid | $0.00 |
| | | | | | | | Amount Due | $1,504.60 |
| 3008SLE | | | 8/31/2006 | | Julien, Eugene | | 8/10/2006 | |
| | Orig. & 1 copy of transcript/Video Depo/Reg | | | | | $5.15 | 178 | $916.70 |
| | Reporter Attendance Fee/Hourly/Deposition | | | | | $30.00 | 5.75 | $172.50 |
| | ASCII Diskette/per witness | | | | | $10.00 | 1 | $10.00 |
| | Condensed copy with index | | | | | $0.15 | 178 | $26.70 |
| | Black & white Exhibits | | | | | $0.25 | 29 | $7.25 |
| | | | | | | | Amount Paid | $0.00 |
| | | | | | | | Amount Due | $1,133.15 |

1541878

| | Case Balance | $2,637.75 |
|---|---|---|

5/8/08

Fed. I.D. # 62-1829882

*1.5% Interest charge added on invoices over 30 days past due*

ENTERED
SEP 2 3 2006

RECEIVED A/P

SEP 1 3 2006

026445.1054

# Cleeton Davis Court Reporters, LLC                    Invoice

200 Fourth Avenue North
Suite 825
Nashville, TN 37219
Phone: (615) 726-2737    Fax: (615) 726-3168

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 16, 2006 | 2905SLE |

ENTERED

SEP 20 2006

510905

LITTLER MENDELSON

Garrison L. Phillips
Littler Mendelson
Suite 2900
200 N. LaSalle Street
Chicago, IL 60601-1014

Approved by *Rita Drake*

Amount to pay    364.95

TMKPR / EMPLOYEE #    1647
(requires)

Phone:  (312) 372-5520    Fax:    (312) 372-7880

Chg. go to client misc. or gl code

026445-1054 (029)

**Witness:** Melton, WT
**Case:** Barrett v Whirlpool
**Venue:** U.S. District Court-Middle District, TN, Nashville
**Case #:** 06-0017
**Date:** 8/11/2006
**Start Time:** 9:00 AM
**End Time:** 10:53 AM
**Reporter:** Martha Davis
**Claim #:**
**File #:**

Description:

*Dep of*

For Accounts Payable use only:

Vendor number _____

Voucher number _____    2202SLE

| Description: | List Price | Quantity | Amount |
|---|---|---|---|
| Orig. & 1 copy of transcript/Video Depo/Reg | $5.15 | 53 | $272.95 |
| Reporter Attendance Fee/Hourly/Deposition | $30.00 | 2 | $60.00 |
| ASCII Diskette/per witness | $10.00 | 1 | $10.00 |
| Condensed copy with Index/Min. | $10.00 | 1 | $10.00 |
| Administration Fee per Invoice | $12.00 | 1 | $12.00 |
| | Sub Total | | $364.95 |
| | Payments | | $0.00 |
| | Balance Due | | $364.95 |

1541867

RECEIVED A/P

SEP 13 2006

*Thank you for your business...*

Fed. I.D. # 62-1829882

*1.5% interest charge added on invoices over 30 days past due*

026445.1054

# Cleeton Davis Court Reporters, LLC

**Invoice**

200 Fourth Avenue North
Suite 825
Nashville, TN 37219
Phone: (615) 726-2737    Fax: (615) 726-3188

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 16, 2006 | 2902SLE |

LITTLER MENDELSON

ENTERED
SEP 2 0 2006

Approved by *Rita Drake*
Amount to pay *1168.45*
TIMER / EMPLOYEE # *1667*

Garrison L. Phillips
Littler Mendelson
Suite 2900
200 N. LaSalle Street
Chicago, IL 60601-1014

Charge to GL act code or GL code:
*026445-1054 (029)*

Phone:    (312) 372-5520    Fax:    (312) 372-7880

| | |
|---|---|
| **Witness:** | Nickens, Treva |
| **Case:** | Barrett v Whirlpool |
| **Venue:** | U.S. District Court-Middle District, TN, Nashville |
| **Case #:** | 06-0017 |
| **Date:** | 8/8/2006 |
| **Start Time:** | 8:56 AM |
| **End Time:** | 3:46 PM |
| **Reporter:** | Maxine Cleeton |
| **Claim #:** | |
| **File #:** | 2199SLE |

*Dup 03*

For Accounts Payable use only

Vendor number _____
Voucher number *510900*

| Description | Each | Quan | Total |
|---|---|---|---|
| Orig. & 1 copy of transcript/Video Depo/Reg | $5.15 | 182 | $937.30 |
| Reporter Attendance Fee/Hourly/Deposition | $30.00 | 6 | $180.00 |
| ASCII Diskette/per witness | $10.00 | 1 | $10.00 |
| Condensed copy with Index | $0.15 | 181 | $27.15 |
| Black & white Exhibits | $0.25 | -56 | $14.00 |
| | **Sub Total** | | **$1,168.45** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$1,168.45** |

Part of the Client's Exception List

RECEIVED A/P
SEP 13 2006

1541869

*Thank you for your business...*

Fed. I.D. # 62-1825882

*1.5% interest charge added on invoices over 30 days past due*