# EXHIBIT B

026445.1054

# Nashville's Media Services, Inc.
526-B Third Avenue South
Nashville, TN  37210-2010
(615) 255-7959
Tax ID# 62-1461509

TO: Tim Garrett
Bass Berry & Sims
2700 - AmSouth Center
315 Deaderick Street
Nashville, TN 37238

August 30, 2007

## INVOICE #39671

RE: Lynette Barett, et al. vs. Whirlpool Corporation.
Video Deposition of W.T. Welton
08/21/2007  9:30 AM   2:13 PM
1 hour lunch

ENTERED
OCT 0 9 2007

| Description | Qty | Price | Ext. Price |
|---|---|---|---|
| First hour of video deposition | 1 | 175.00 | 175.00 |
| Additional hours of video deposition | 2.75 | 75.00 | 206.25 |
| Affidavit of camera operator (first included) | 1 | 0.00 | 0.00 |
| Sony VHS T-120BA videocassette tape (first included) | 1 | 0.00 | 0.00 |
| Additional SONY T-120BA videocassette tapes | 1 | 10.00 | 10.00 |
| CD-R Copy | 4 | 50.00 | 200.00 |
| Subtotal | | | $591.25 |
| TN Sales Tax (9.25%) | | | 54.69 |
| Invoice Total | | | $645.94 |

LITTLER MENDELSON

Approved by: Rita Dick
Amount to pay: 645.94
TMKPR / EMPLOYEE #: 1167 (required)
Charge to Client code or GL code:
026445.1054 (029)
Description: Dep of W.T. Welton

1653575

579.94

RECEIVED A/P
OCT 0 2 2007

For Accounts Payable use only:
Vendor number: _____

THANK YOU!
for
Choosing Nashville's Media Services.

TERMS: Net 30
Periodic (monthly) rate of 1.5% on past-due balances.
Please include Invoice # on your check.

# NASHVILLE'S MEDIA SERVICES

526-B THIRD AVENUE SOUTH
NASHVILLE, TENNESSEE 37210
(615) 255-7959
(615) 244-1234 Fax
Federal Tax ID# 62-1461509

# NOTICE of C.O.D.

Date:

To: Garrison L. Phillips

Fax #: 312/372-7880

From: David Kinnick

RE: Barrett, et al, vs. Whirlpool Corp.,

Depositions of: Barrett, Nickens, Schuster, Julien and Melton

Dear Mr. Phillips:

We are sending out the above referenced videos today. We send all out of town videos - C.O.D. This fax is to let you know that UPS will be delivering a box to your office and will be asking for a check in the amount of $2,717.50.

A Company check is fine, made out to Nashville's Media Services. The box was sent UPS Ground.

Thank you very much for using our services.

Sincerely,

David Kinnick